UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN MALBERG., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT CASHEN, et al., <br><br> Defendants. | Case No.  5:22-cv-04386 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:22-cv-01788 BLF, *Martin Malberg v. Robert Cashen, et al.*

**IT IS SO ORDERED.**

Dated: August 2, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-04386 NC
SUA SPONTE JUDICIAL REFERRAL