# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARTIN MALBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CASHEN, et al.,<br><br>    Defendants. | Case No. 22-cv-01788-BLF |
| MARTIN MALBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CASHEN, et al.,<br><br>    Defendants. | Case No. 22-cv-04386-NC<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

The parties in the above-captioned cases are ORDERED TO SHOW CAUSE, in writing and by August 22, 2022, why the cases should not be consolidated for all purposes.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____
BETH LABSON FREEMAN
United States District Judge