UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN MALBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT CASHEN, et al.,<br><br>        Defendants. | Case No.  22-cv-01788-BLF |
| MARTIN MALBERG,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIK WEISS, et al.,<br><br>        Defendants. | Case No.  22-cv-04751-NC<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

The parties in the above-captioned cases are ORDERED TO SHOW CAUSE, in writing and by October 12, 2022, why the cases should not be consolidated for all purposes.

**IT IS SO ORDERED.**

Dated:  September 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge